UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Inmer PEREZ PEREZ,

    Petitioner,

    v.

VERNON LIGGINS, *et al.*,

    Respondents.

Case No. 1:26-cv-00704-DLB

**ORDER APPROVING JOINT NOTICE
AND GRANTING-IN-PART HABEAS CORPUS PETITION**

For the reasons stated in the Joint Notice (Dkt. No. 7), the Court hereby finds and orders as follows:

1.    Petitioner is detained pursuant to the discretionary detention governed by 8 U.S.C. § 1226(a) and Respondents are enjoined from detaining Petitioner under 8 U.S.C. § 1225(b);

2.    Petitioner is entitled to a bond hearing consistent with 8 C.F.R. §§ 236.1(d), 1003.19 and 1236.1(d), and a bond hearing shall be held within 15 days of Petitioner's filing of a motion with the Immigration Court with a meaningful consideration by the immigration judge of the applicable, relevant factors;

3.    The bond hearing may be conducted by any Immigration Judge having jurisdiction over Petitioner's detention or administrative control over Petitioner's case or removal proceedings and need not take place in Maryland;

4.    Petitioner shall file a status report with the Court if a bond hearing *is not held* by an Immigration Judge within 16 days of the filing of a motion by Petitioner;

      5.      If a bond hearing *is held*, the parties shall file a status report with the Court as soon as possible, and not later than 7 days later, reporting the results and compliance with this Court's Order; and

      6.      Petitioner's request for costs is denied.

It is SO ORDERED.

_____         Date: <u>March 2, 2026</u>
Deborah L. Boardman
United States District Judge